UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS WILBON,

    Plaintiff,

v.

PRISON HEALTH SERVICES, INC.,
ZIVIT COHEN, M.D., VERNON
STEVENSON, M.D., LATOYA JACKSON,
P.A., JEFFREY C. STIEVE, M.D.,
HARRIET A. SQUIER, M.D., JOHN DOE,
and JANE DOE,

    Defendants.
    _____/

Case No. 10-14075
Honorable Patrick J. Duggan

## OPINION AND ORDER GRANTING DEFENDANT STIEVE'S MOTION FOR SUMMARY JUDGMENT

On October 12, 2010, Plaintiff filed this lawsuit against Defendants claiming violations of his civil rights under 42 U.S.C. §§ 1983 and 1985. On February 25, 2011, this Court referred the matter to Magistrate Judge Mark A. Randon for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). Defendant Jeffrey C. Stieve, M.D., filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 on March 15, 2011.

On October 27, 2011, Magistrate Judge Randon filed a Report and Recommendation (R&R) recommending that this Court grant Defendant Stieve's motion.

(Doc. 60). Magistrate Judge Randon relies on Plaintiff's consent to summary judgment being granted to Defendant Stieve, as indicated in Plaintiff's response to the motion, as well as the lack of evidence showing Defendant Stieve's involvement in the constitutional violations alleged in Plaintiff's complaint.  At the conclusion of the R&R, Magistrate Judge Randon advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id*. at 3.)  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Randon.

Accordingly,

**IT IS ORDERED**, that Magistrate Judge Randon's R&R is adopted and Defendant Jeffrey C. Stieve, M.D.'s motion for summary judgment **GRANTED**

Date:  December 15, 2011            s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Louis Wilbon
736 Worden, S.E.
Grand Rapids, MI 49507

Kimberley A. Koester, Esq.
Ronald W. Chapman, Esq.
AAG Thomas L. Leonard
Magistrate Judge Mark A. Randon